1156

No. 05–8231. ERHART *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–8232. CORTEZ-VILLANUEVA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8233. YOUNG *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–8234. MARTIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–8237. DOBSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8239. VILLAGOMEZ-CORONA *v.* UNITED STATES; GARCIA-TORRES *v.* UNITED STATES; VALENCIA-ESPINDOLA *v.* UNITED STATES; and VELASQUEZ-REYES, AKA ALVARADO-HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8240. JONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8241. WILLIAMS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–8242. VELA-SALINAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8243. VARACALLI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–8244. YOUNG *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–8246. ZAWADZKI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–8247. WALTON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–8249. LEVY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.